[No. 29658-6-II.   Division Two.   April 27, 2004.]

PATRICIA BEAL, ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02186-7, Wm. Thomas McPhee, J., entered November 22, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29753-1-II.   Division Two.   April 27, 2004.]

TRACY THOMAS, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-10510-1, Brian M. Tollefson, J., entered December 17, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29788-4-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00119-8, M. Karlynn Haberly, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 29940-2-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK GREGORY McCOY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-00946-5, Stephen M. Warning, J., entered January 28, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Seinfeld, J.